UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                CASE NO. 8:17-cr-35-T-17MAP

ANGEL LUIS PIZARRO

**<u>FINAL JUDGMENT OF FORFEITURE</u>**

The United States moves, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for a Zastava Model PAP M92PV 7.62x39 caliber, semi-automatic pistol, serial number M92-PV029312, with a 100-round drum magazine, and 44 rounds of Tula 7.62x39mm ammunition.

On May 23, 2017, the Court entered a Preliminary Order of Forfeiture for the firearm and ammunition described above, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). Doc. 26.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearm and ammunition on the official government website, www.forfeiture.gov, from May 24, 2017 through June 22, 2017. Doc. 27. The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United

CASE NO. 8:17-CR-35-T-17MAP

States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the firearm and ammunition, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearm and ammunition identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 30th day of August, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

2